```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 17-60269-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              **O R D E R**

WALTER ROBERTS,

      Defendant.

_____/

THIS MATTER is before the Court upon the Report And Recommendation On Change Of Plea (DE 64) filed herein by United States Magistrate Judge Patrick M. Hunt. No objections to said Report have been filed. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 64), Magistrate Judge Hunt, after conducting a hearing, recommends that the Court accept Defendant Roberts's plea of guilty to Count 1 of the Superseding Indictment (DE 16) and that he be adjudged guilty of this offense. The Court adopts Magistrate Judge Hunt's findings, as stated in the instant Report And Recommendation (DE 64).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation On Change Of Plea (DE 64) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Being satisfied that there is a factual basis for guilt, the Court accepts Defendant Roberts's plea of guilty to Count 1 of

the Superseding Indictment (DE 16) and adjudges him guilty at this time; and

    3. Sentencing is hereby **SET** in the above-styled cause before this Court on Friday, July 12, 2019, at 10:00 a.m. before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   16th   day of May, 2019.

                                             WILLIAM J. ZLOCH
                                             Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record